■ ROBERT DUNN, Respondent, v CITY OF NEW YORK, Appellant, and JOSEPH SCHIFFGENS et al., Respondents. [628 NYS2d 540] —Appeal by the defendant City of New York from an order of the Supreme Court, Queens County (Lerner, J.), dated April 1, 1994.

Ordered that the order is affirmed, with costs payable to the defendants-respondents, for reasons stated by Justice Lerner at the Supreme Court. Mangano, P. J. O'Brien, Ritter, Pizzuto and Florio, JJ., concur.